USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/12/2021__

January 7, 2021

SCOTT D. PIPER
MEMBER
DIRECT:  585.419.8621
FAX:        585.419.8801
SPIPER@HARRISBEACH.COM

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United State District Court – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        **RE:** **Reed Pollock v. Torch & Crown Brewery, Inc. and John Dantzler**
              **SDNY Case No.: 1:20-cv-06588**

Dear Judge Torres:

    This firm represents the Defendants, Torch & Crown Brewery, Inc. and John Dantzler, in the above-captioned action. This letter respectfully requests an adjournment of the initial pretrial conference scheduled to be held on January 14, 2021 at 10:40 a.m. Due to a COVID diagnosis of Defendant's representative, the mandatory mediation for this matter was rescheduled for the same time/date – January 14th – which was the earliest available open date that worked for the parties and the mediator, Jennifer Lupo. This is the first request for an adjournment of this conference. Plaintiff's counsel, Adam Braverman, Esq., consents to this request, and is copied on this letter.

    Please do not hesitate to contact me if the Court requires additional information. Thank you for your consideration.

                                        Respectfully,

                                        HARRIS BEACH PLLC

                                        s/*Scott D. Piper*/

                                        Scott D. Piper
                                        (Bar No. SP2076)

GRANTED. The initial pretrial conference scheduled for January 14, 2021, is ADJOURNED to **January 28, 2021**, at **10:20 a.m**. By **January 21, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED. Dated:

January 12, 2021
    New York, New York

                                        ANALISA TORRES
                                      United States District Judge