```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__09/30/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REED POLLOCK, on behalf of himself and all others
similarly situated,

                                    Plaintiffs,                                    **20-CV-6588 (KHP)**

                    -against-                                    **ORDER SCHEDULING STATUS**
                                                                 **CONFERENCE**

TORCH & CROWN BREWERY, INC., and
JOHN DANTZLER,

                                    Defendants.

-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        This action is scheduled for a telephonic status conference on **Wednesday, October 20,**

**2021 at 4:00 p.m.**  Counsel is directed to call the court's telephone conference line at the

scheduled time.  **Please dial (866) 434-5269, Access Code: 4858267.**


        **SO ORDERED.**

DATED:        New York, New York
              September 30, 2021

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge